```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04921
   DEBORAH L CALHOUN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7990


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 03/20/2007 and was not confirmed.

    The case was dismissed without confirmation 10/17/2007.
----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
----------------------------------------------------------------------
CHASE MORTGAGE SERVICES  CURRENT MORTG          .00             .00              .00
CHASE MORTGAGE SERVICES  MORTGAGE ARRE      9114.50             .00              .00
ILLINOIS DEPT PUBLIC AID PRIORITY         NOT FILED             .00              .00
AMERICAN COLLECTION      UNSECURED        NOT FILED             .00              .00
AMERICASH LOANS LLC      UNSECURED            55.15             .00              .00
JEFFERSON CAPITAL SYSTEM UNSECURED           842.42             .00              .00
CHECK N GO               UNSECURED        NOT FILED             .00              .00
CITY OF CHICAGO PARKING  UNSECURED          2720.00             .00              .00
HSBC NV                  UNSECURED           528.55             .00              .00
HSBC/TAX                 UNSECURED          1826.99             .00              .00
HSBC/TAX                 UNSECURED           534.90             .00              .00
LOAN EXPRESS CO          UNSECURED            93.00             .00              .00
NATIONWIDE COMMERCIAL LP UNSECURED          2659.08             .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED          1516.67             .00              .00
T-MOBILE USA             UNSECURED           191.33             .00              .00
TRIAD FINANCIAL CORP     UNSECURED          7432.65             .00              .00
US DEPT OF ED            UNSECURED         49440.91             .00              .00
INTERNAL REVENUE SERVICE PRIORITY           1680.63             .00              .00
INTERNAL REVENUE SERVICE UNSECURED           140.93             .00              .00
ILLINOIS ATTORNEY GENERA UNSECURED          5334.87             .00              .00
ERNESTO D BORGES JR      DEBTOR ATTY       2,274.00                          1,109.16
TOM VAUGHN               TRUSTEE                                                75.84
DEBTOR REFUND            REFUND                                                  .00

    Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                      1,185.00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                        1,109.16
TRUSTEE COMPENSATION                                     75.84

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 04921 DEBORAH L CALHOUN
```

```
DEBTOR REFUND                                                         .00
                                          ---------------    ---------------
TOTALS                                           1,185.00           1,185.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/25/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE